UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CURTIS L. BROWN                                                                     PLAINTIFF

v.                                                        CIVIL ACTION NO. 3:09CV-P990-S

CORRECT CARE INTEGRATED HEALTH *et al.*                DEFENDANTS

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Defendants' motions to dismiss (DNs 40, 41, 42, and 45) are **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 42 U.S.C. § 1997e(a) based on Plaintiff's failure to exhaust all available administrative remedies prior to filing suit.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiff, *pro se*
         Counsel of record
4411.008